**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**

Eastern District of Kentucky
FILED
JUL 25 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO.** 7:24-Cr-14-DCR

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

V.                **MOTION OF UNITED STATES**
        **FOR ISSUANCE OF ARREST WARRANT**

**CHRISTOPHER SPRINGFIELD**                                  **DEFENDANT**

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, **CHRISTOPHER SPRINGFIELD**, returnable forthwith.

Respectfully submitted,

CARLTON S. SHIER IV
UNITED STATES ATTORNEY

By: _/s/ Andrew H. Trimble_

Andrew H. Trimble
Assistant United States Attorney
601 Meyers Baker Rd. Suite 200
London, KY 40741
(606) 330-4838
andrew.trimble@usdoj.gov