**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**

CRIMINAL ACTION NO. 7:24-cr-14-DCR

Eastern District of Kentucky
FILED
JUL 25 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA                                                           PLAINTIFF

V.        **ORDER FOR ISSUANCE OF ARREST WARRANT**

**CHRISTOPHER SPRINGFIELD**                                                    DEFENDANT

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of an arrest warrant is GRANTED, and an arrest warrant is ISSUED for the Defendant, **CHRISTOPHER SPRINGFIELD**.

On this 25th day of July 2024.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:    United States Marshal
           United States Probation
           Andrew H. Trimble, Assistant United States Attorney