UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO. 7:24-CR-00014-DCR-EBA

UNITED STATES OF AMERICA,                      PLAINTIFF,

V.                          **ORDER**

CHRISTOPHER SPRINGFIELD,                      DEFENDANT.

\*\*\* \*\*\* \*\*\* \*\*\*

The Court is advised that Defendant, Christopher Springfield, was arrested pursuant to an indictment warrant. Therefore,

IT IS ORDERED that Defendant, Christopher Springfield, shall appear for an initial appearance and arraignment proceedings on Tuesday, September 3, 2024, at 1:00 P.M. in the United States Courthouse at Pikeville, Kentucky.

Signed August 30, 2024.



Signed By:
*Edward B. Atkins*  EBA
**United States Magistrate Judge**