UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CRIMINAL MINUTES

Case No. 7:24-cr-14-DCR-EBA-1	At: Pikeville	Date: September 3, 2024

U.S.A. vs. **CHRISTOPHER SPRINGFIELD**	X present	X custody	__ bond	__ OR	Age: __

**DOCKET ENTRY:** This matter was called for initial appearance and arraignment with counsel and defendant present as noted. United states Probation Officer Brittney Crisp and FBI Task Force Agent, Zachary Bryson were present.

Pursuant to Rule 5(f), the Court orders and emphasizes the prosecution's disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Due process requires that the United States affirmatively disclose to a defendant all favorable evidence within its control, including exculpatory proof impacting a witness's credibility, where the evidence is material either to guilt or to punishment such that its suppression undermines confidence in the proceeding's outcome. The possible consequences of a violation of this disclosure obligation include, without limitation, AN adverse jury instruction, dismissal of charges, contempt proceedings, and/or a new trial.

The Court confirmed, by representation from the AUSA, that the United States is aware of and fulfilling its obligation to see that any crime victim(s) are notified of, and accorded, the rights provided by 18 U.S.C. 3771(a).

The Court finds the United States oral motion for Detention is properly made and is hereby GRANTED. The Defendant is currently in custody and not a candidate for release. The defendant waived timing on the issue of detention reserving the right to move for a Detention Hearing at a later date, if applicable. Therefore, the defendant shall remain in custody pending further Order of the Court.

**PRESENT: HON. EDWARD B. ATKINS, MAGISTRATE JUDGE**

Assistant U.S. Attorney: Andrew H. Trimble

Counsel for Defendant: Richard A. Hughes	X Present	X Appointed	__ Retained

I, Tara Adkins, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. KYED-PIK_7-24-cr-14-1_20240903_123902

**PROCEEDINGS:	INITIAL APPEARANCE AND ARRAIGNMENT**

- X	Copy of Indictment previously given to the defendant.
- X	Defendant states true name is Christopher Springfield.
- X	The Court has reviewed the financial affidavit executed by the defendant and finds the defendant does qualify for court appointed counsel.
- X	Richard A. Hughes is appointed to represent the defendant under the Criminal Justice Act.
- X	Defendant waives formally arraignment.
- X	Defendant advised of Constitutional Rights pursuant to Rule 5, F. R. Cr. P.
- X	Defendant waives the reading of Indictment. The Defendant acknowledged an understanding of the charges and possible penalties.
- X	Defendant pleads NOT GUILTY to all Counts (R. 1).
- X	PRETRIAL MOTIONS are to be filed pursuant to the Courts' pretrial order to be entered.
- X	Pretrial Conference is scheduled for **Monday, October 21, 2024, at 1:00 p.m.,** in Pikeville, Kentucky, before the Hon. Danny C. Reeves.
- X	Jury Trial is scheduled for **Monday, November 4, 2024, at 9:00 a.m., with counsel to be present at 8:30 a.m.**, in Pikeville, Kentucky, before the Hon. Danny C. Reeves. The estimated length of the trial is three (3) days.
- X	Defendant remanded to the custody of the United States Marshal pending further orders.

This 3rd day of September, 2024.



Signed By:

*Edward B. Atkins*   *EBA*

**United States Magistrate Judge**

cc: COR, USM, USPO
   Deputy Clerk's Initials <u>TDA</u>
   TIC: 0/06