UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE
CASE NO. 7:24-CR-00014-DCR

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　PLAINTIFF,

VS.

CHRISTOPHER SPRINGFIELD,　　　　　　　　　　　　　　DEFENDANT.

## MOTION FOR REARRAIGNMENT

Comes now the Hon. Richard A. Hughes, counsel for the Defendant Christopher Springfield, and respectfully moves the court to set the above styled matter for rearraignment at the court's earliest availability.

RESPECTFULLY SUBMITTED,

s/Richard A. Hughes
HON. RICHARD A. HUGHES
ATTORNEY AT LAW
P. O. BOX 1139
ASHLAND, KY. 41105
(606) 325-3399

## NOTICE

All parties please take notice the foregoing motion shall be brought before this honorable court at it's earliest convenience.

## CERTIFICATION

The above styled motion was mailed, postage prepaid, or hand delivered to the following:

Hon. Andrew Trimble

601 Meyers Baker Rd.
Ste. 200
London, Ky. 40741

This the 11th day of October, 2024.

s/Richard A. Hughes
HON. RICHARD A. HUGHES