UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE
CASE NO. 7:24-CR-00014-DCR

UNITED STATES OF AMERICA,                 PLAINTIFF,

VS.

CHRISTOPHER SPRINGFIELD,               DEFENDANT.

### ORDER

Upon motion for rearraignment filed by the Hon. Richard A. Hughes on behalf of his client, Christopher Springfield, and all parties being duly advised;

WHEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that the motion of the Defendant be and hereby is granted, and the rearraignment of the above styled matter shall be scheduled for the ___ day of _____, 2024, at the hour of _____ m.

Entered this the ___ day of _____, 2024.

_____
HON. DANNY C. REEVES
UNITED STATES FEDERAL JUDGE

### CERTIFICATION

The above styled motion was mailed, postage prepaid, or hand delivered to the following:

Hon. Andrew Trimble
601 Meyers Baker Rd.
Ste. 200

London, Ky. 40741

Hon. Richard A. Hughes
P. O. Box 1139
Ashland, Ky. 41105-1139

This the ___ day of _____, 2024.

UNITED STATES FEDERAL CLERK

BY: _____ D.C.