UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE
CASE NO. 7:24-CR-00014-DCR

UNITED STATES OF AMERICA,                                               PLAINTIFF,

VS.

CHRISTOPHER SPRINGFIELD,                                                DEFENDANT.

## NOTICE

Comes now the Hon. Richard A. Hughes, counsel for the Defendant Christopher Springfield, and states as follows:

On Friday, October 18, 2024, counsel received correspondence from the Defendant stating he wished to withdraw his motion for rearraignment, presently set for Monday, October 21, 2024 at the hour of 1:00 pm in Pikeville, Kentucky. With no more notice than that given, counsel immediately contacted the United States via email as well as the chambers of this honorable court to advise of Defendant's intent for Monday's scheduled rearraignment. At this court's discretion, this matter will be addressed on Monday, October 21, 2024.

RESPECTFULLY SUBMITTED,

s/Richard A. Hughes
HON. RICHARD A. HUGHES
ATTORNEY AT LAW
P. O. BOX 1139
ASHLAND, KY. 41105
(606) 325-3399

## CERTIFICATION

The above styled motion was mailed, postage prepaid, or hand delivered to the following:

Hon. Andrew Trimble
601 Meyers Baker Rd.
Ste. 200
London, Ky. 40741

This the 18th day of October, 2024.

s/Richard A. Hughes
HON. RICHARD A. HUGHES