**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE**

**CRIMINAL ACTION NO. 7:24-CR-14-DCR-EBA**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**V.**               **NOTICE BY UNITED STATES
REGARDING ENHANCED STATUTORY PUNISHMENT**

**CHRISTOPHER SPRINGFIELD**                                 **DEFENDANT**

\* \* \* \* \*

Before Christopher Springfield committed the offense charged in Count Three of the Indictment, Christopher Springfield had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 841(a)(1), Possession with the Intent to Distribute 28 Grams or More of Cocaine Base, in United States District Court for the Southern District of West Virginia, Case Number 2:11-CR-16, for which Christopher Springfield was sentenced on or about July 20, 2011. For this offense, Christopher Springfield served a term of imprisonment of more than 12 months and he was released from serving any term of imprisonment related to this offense within 15 years of the commencement of the instant offense. As a result of this conviction, Christopher Springfield is subject to an increased punishment under 21 U.S.C §§ 841(b)(1) and 851. A related judgment is attached hereto as Exhibit 1. An Order reflecting the case status following transfer to the Northern District of Ohio, in case United States v. Christopher Springfield, 1:16-CR-375-BYP, is attached hereto as Exhibit 2.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By:   /s/ *Andrew H. Trimble*
Assistant United States Attorney
601 Meyers Baker Rd., Suite 200
London, KY  40741
(606) 330-4838
Andrew.Trimble@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2024, I electronically filed this document through the ECF system, which will send notice of the filing to all counsel of record.

/s/ *Andrew H. Trimble*
Assistant United States Attorney