(EDKY-234)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

**CRIMINAL MINUTES-GENERAL**

Case No: 7:24-CR-014-DCR-1   at: Pikeville   Date: October 21, 2024

PRESENT: DANNY C. REEVES, CHIEF U.S. DISTRICT JUDGE

| Tara Adkins | Elaine Haberer | Andrew H. Trimble |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

DEFENDANT:                           ATTORNEY FOR DEFENDANT:

Christopher Springfield              Richard A. Hughes
(present)                            (CJA)

PROCEEDINGS:   **MOTION HEARING**

    This matter was called for re-arraignment with counsel and defendant present as noted. Based on statements from the defendant raising concerns expressing his dissatisfaction with counsel, the Court conducted an Iles/Benitez hearing outside the presence of the Assistant United States Attorney. Following discussions with the defendant and his counsel, and being otherwise sufficiently advised, it is hereby:

    **ORDERED** as follows:

    1.   The defendant's oral motion for appointment of new counsel is **DENIED**. The transcript of the sealed portion of the hearing, if transcribed, shall be filed **UNDER SEAL**.

    2.   The jury trial is **rescheduled** for **Wednesday, November 6, 2024**, beginning at the hour of **9:00 a.m.**, with counsel present at **8:30 a.m.**, at the United States Courthouse in **Pikeville**, Kentucky, and subject to intervening Orders of the Court.

    3.   The United States shall submit any pretrial filings on or before **Friday, November 1, 2024**.

    4.   Defendant is remanded to the custody of the United States Marshal Service.

    Dated: October 21, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

Copies: USM, USP, COR
Deputy Clerk tda

| TIC: | 35 |
|---|---|