United States District Court: Eastern District of Kentucky

To the Honorable Judge Reeves.

Eastern District of Kentucky
FILED
OCT 23 2024
At Pikeville
Robert R. Carr
CLERK U.S. DISTRICT COURT

My name is Christopher Springfield, Case number (7:24-cr-00014).

I am respectfully requesting to file a motion for the Substitution of counsel due to Inadequate representation.

The reasons for this request are as follows:

1. - Insufficient Communication: There has been lack of adequate communication from my current counsel (Richard Hughes) which has significantly impacted my ability to prepare for my defense.

2. Failure to Obtain Complete Discovery: Counsel has failed to provide or obtain all evidence pertaining to my case, Including Video footage and transcripts that I have requested.

3. Copy of Indictment and Plea Agreement: I did not receive a copy of the Indictment. I did not receive a copy of the Plea Agreement to review on my own. The Plea was read verbally to me by my Attorney during a visit to the Pike County Detention Center. I was told that it had to be

signed before he left the visitation or it would not be available..

The circumstances I have listed, I believe, violate my rights under Brady v. Maryland and Giglio v. United States. The Substitution of Counsel is necessary to ensure a fair trial and effective representation. Therefore I, respectfully request that this motion be granted and that I recieve new counsel.

Thank you for your consideration
Christopher Springfield