UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE
CASE NO. 7:24-CR-00014-DCR

UNITED STATES OF AMERICA,                                          PLAINTIFF,

VS.

CHRISTOPHER SPRINGFIELD,                                          DEFENDANT.

SECOND MOTION FOR REARRAIGNMENT

    Comes now the Hon. Richard A. Hughes, counsel for the Defendant Christopher Springfield, and respectfully moves the court to set the above styled matter for rearraignment at the court's earliest availability.

    In support hereof, counsel states he has spent many hours with the Defendant discussing discovery as well as the plea agreements before him, and after careful consideration and full and complete understanding of the plea agreement, the Defendant advised counsel this 28th day of October, 2024, he wishes to accept the plea. Further, the Defendant apologizes to the court for the previous notice to withdraw his plea, and prays this court affords him the opportunity to accept the plea agreement and be sentenced accordingly.

RESPECTFULLY SUBMITTED,

s/Richard A. Hughes
HON. RICHARD A. HUGHES
ATTORNEY AT LAW

P. O. BOX 1139
ASHLAND, KY. 41105
(606) 325-3399

## NOTICE

All parties please take notice the foregoing motion shall be brought before this honorable court at it's earliest convenience.

## CERTIFICATION

The above styled motion was mailed, postage prepaid, or hand delivered to the following:

Hon. Andrew Trimble
601 Meyers Baker Rd.
Ste. 200
London, Ky. 40741

This the 28th day of October, 2024.

s/Richard A. Hughes
HON. RICHARD A. HUGHES