UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 7: 24-014-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| CHRISTOPHER SPRINGFIELD, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant Christopher Springfield has filed a second motion for re-arraignment [Record No. 20]. Having considered the matter and being sufficiently advised, it is hereby

**ORDERED** as follows:

1. Defendant Springfield's motion [Record No. 20] is **GRANTED**.

2. Re-arraignment of Defendant Springfield will be held on **Wednesday, November 6, 2024,** beginning at the hour of **11:00 a.m.**, at the United States Courthouse in **Pikeville, Kentucky**. The previously scheduled jury trial is **CANCELED**.

Dated: October 28, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky