UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CRIMINAL MINUTES – RE-ARRAIGNMENT AND PLEA

Case No. 7: 24-CR-014-DCR-EBA-1    At: Pikeville    Date: November 6, 2024

USA v. Christopher Springfield    X present   X custody   __ bond   __ OR   Age 43

DOCKET ENTRY: Defendant appeared with counsel for re-arraignment in this matter and proceedings were held as noted. United States Probation Officer Robin McFarland and FBI Task Force Officer Zachary Bryson also were present. The defendant was placed under oath and questioned by the Court. The Court finds the defendant to be competent and capable of entering an informed plea. The guilty plea is a knowing and voluntary plea, supported by an independent basis in fact, and containing the essential elements of the offense charged in Count 3 of the Indictment. The Court finds that the waiver provisions of the written Plea Agreement are knowingly and intelligently made, and that the defendant understands the consequence of the waivers. The guilty plea is accepted, and the defendant is adjudged guilty of the offense charged in Count 3 of the Indictment. The United States will move to dismiss Counts 1, 2, and 4 in the Indictment at the time of sentencing.

PRESENT: HON. DANNY C. REEVES, CHIEF U. S. DISTRICT JUDGE

| Tara Adkins | Elaine Haberer | N/A | Andrew H. Trimble |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Deft   Richard A. Hughes    X present   __ retained   X appointed

PROCEEDINGS: RE-ARRAIGNMENT and GUILTY PLEA

- X   Copy of Indictment previously given to Defendant.
- X   Defendant states true name is Christopher Springfield.
- X   Defendant formally arraigned and advised of rights, pursuant to Rule 11, F.R.Cr.P.
- X   Defendant moves to CHANGE PLEA to the Indictment. Court GRANTS the motion.
- X   Defendant pleads X GUILTY to Count 3 of the Indictment (Record No. 1).
- X   Defendant agrees with the facts contained in the forfeiture allegation.
- X   PLEA AGREEMENT previously filed with the Court (Record No. 15).
- X   The Jury Trial was previously canceled (Record No. 21).
- X   The transcript shall be deemed the written findings of the Court.
- X   Court orders Presentence Report, with copies to be furnished to counsel and Defendant, pursuant to Rule 32, F.R.Cr.P.

| | |
|---|---|
| X | Defendant remanded to custody of the U. S. Marshal. |
| X | Case continued until **Thursday, February 20, 2025,** at **11:00 a.m.**, at Pikeville, Kentucky for sentencing before Chief U.S. District Judge Danny C. Reeves, subject to intervening orders of the Court. |

Copies:  COR, USP, USM
Initials of Deputy Clerk   tda
TIC: /40