UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

**CRIMINAL NO. 7:24-CR-14-DCR**

**UNITED STATES OF AMERICA**             **PLAINTIFF**

**V.**      **MOTION FOR PRELIMINARY JUDGMENT OF FORFEITURE**

**CHRISTOPHER SPRINGFIELD**             **DEFENDANT**

\* \* \* \* \*

The United States hereby moves for entry of a Preliminary Judgment of Forfeiture based on the Indictment [DE 1] and the Plea Agreement [DE 15] entered herein. A proposed forfeiture order is tendered herewith.

            Respectfully submitted,

            CARLTON S. SHIER, IV
            UNITED STATES ATTORNEY

            /s/ John M. Spires
            Assistant United States Attorney
            260 West Vine Street, Suite 300
            Lexington, Kentucky 40507
            Phone: (859) 233-2661
            Fax: (859) 233-2658
            E-mail: john.spires@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send the notice of electronic filing to all counsel of record.

/s/ John M. Spires