UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 7: 24-014-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| CHRISTOPHER SPRINGFIELD, | ) | **PRELIMINARY JUDGMENT** |
| | ) | **OF FORFEITURE** |
| Defendant. | ) | |

*** *** *** ***

The United States has moved for entry of a Preliminary Judgment of Forfeiture based on the Indictment and Plea Agreement with Defendant Christopher Springfield. [Record No. 27] Being sufficiently advised, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.    The United States' motion [Record No. 27] is **GRANTED**.

2.    The following property is subject to forfeiture and the defendant's interest in the property is forfeited to the United States pursuant to 21 U.S.C. § 853.

**CURRENCY**
$18,537.00 in United States Currency

**FIREARM AND AMMUNITION**
Hi-Point Firearm, 9 mm Luger, model C9, semi-automatic handgun, with serial number P1769604

3.    Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Judgment of Forfeiture will become final regarding Defendant Springfield at the time of sentencing and made part of the sentence and included in the judgment.

4.     An agency of the United States is directed to forthwith seize the above-described property and maintain custody of it pursuant to 21 U.S.C. § 853 and all other relevant laws and regulations until further orders of the Court.

5.     The United States is directed to provide notice to all persons who may have an interest in the above-described property pursuant to Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure.  It is authorized to conduct appropriate discovery and any necessary ancillary proceedings regarding the rights of third parties pursuant to 21 U.S.C. § 853(n) and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

6.     The Court retains jurisdiction over this matter for the purpose of enforcing this Preliminary Judgment of Forfeiture.

7.     The Clerk of the Court is directed to deliver copies of this Preliminary Judgment of Forfeiture to all counsel of record and to the United States Probation Office.

Dated: November 19, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

- 2 -