AO 35 (03/10) Certificate of Official Court Reporter

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Kentucky

Eastern District of Kentucky
FILED
JAN 10 2025
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## CERTIFICATE OF OFFICIAL COURT REPORTER
### Arraignments, Pleas, and Sentencing Proceedings

I, *(print full name)* __Elaine Haberer__, certify that I am a duly appointed Official Court Reporter for the United States district court named above, and that I was present in the courtroom of this court on *(date)* __10/21/2024__. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the following cases:

| Name of Defendant | Docket Number | Nature of Proceeding *(Arraignment, plea, sentence)* |
|---|---|---|
| Brandon Honeycutt | 23-14 | Sentencing |
| Robert Dwayne Baker | 23-14 | Sentencing |
| Christopher Springfield | 24-14 | Rearraignment |

I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on *(machine or equipment – make and model or format)* __USB__, that it can be transcribed without undue difficulty, and that I have filed the original recording with the clerk of court.

I further certify that I have filed my original steno-notes, stenomask recordings, or other original records taken of these proceedings with the clerk as required by 28 USC § 753(b).

Date: 11/04/2024

*(Court Reporter's Signature)*