UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 7: 24-014-DCR |
| V. | ) ) | |
| CHRISTOPHER SPRINGFIELD, | ) ) | **ORDER** |
| Defendant. | ) ) | |

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

The Court being sufficiently advised, it is hereby

**ORDERED** that the sentencing hearing previously scheduled for Thursday, February 20, 2025, is **RESCHEDULED** for **Wednesday, February 26, 2025**, beginning at the hour of **11:00 a.m.**, at the United States Courthouse in Pikeville, Kentucky.

Dated: February 18, 2025.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky

- 1 -