UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CRIMINAL MINUTES – SENTENCING

Case No.  7:24-CR-014-DCR-001    at:  Pikeville    Date:  February 26, 2025

USA vs. Christopher Springfield    X present    X custody    ___ bond    ___ OR    Age  43

DOCKET ENTRY: The parties appeared for a sentencing hearing as noted. United States Probation Officer Scott Greiwe and FBI Task Force Agent, Zachary Bryson also were present. The defendant was allowed to assert a belated objection to a two-point enhancement to his guidelines calculation regarding possession of a firearm under USSG 2D1.1. Both parties presented testimony in support of their respective positions. The Court made oral findings regarding the objection and adopted the findings and guideline calculations set out in the Presentence Report ("PSR") as well as the Addendum to the report. The PSR shall be filed in the record under seal pursuant to Rule 32 of the Federal Rules of Criminal Procedure. The defendant's objection to the PSR was **OVERRULED** for the reasons stated on the record. The government's oral motion for a third-level reduction for acceptance credit was **SUSTAINED** and the oral motion to dismiss Counts 1, 2 and 4 of the Indictment is **SUSTAINED**, effective upon entry of the Judgment.

PRESENT:  HON. DANNY C. REEVES, SENIOR U. S. DISTRICT JUDGE

| Tara Adkins | Elaine Haberer | none | Andrew Trimble |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant    Richard Hughes    X present    ___ retained    X appointed

PROCEEDINGS:  **SENTENCING HEARING** (Evidentiary)

  X   Objection to Presentence Report

_____ No objections to Presentence Report.

  X   After the fourteen-day period has passed for filing a notice of appeal, counsel for the defendant is directed to file a notice with the Court confirming that he has again conferred with the defendant regarding his appellate rights and, if the defendant chooses not to file a notice of appeal, indicating such in the notice. If a notice of appeal is filed, counsel need not file this information with the Court.

  X   The Court Reporter shall transcribe the proceedings of the hearing on the Objections to the Presentence Report and file in the record.

  X   Court's Advice of Right to Appeal read and provided to defendant.

  X   Transcript shall be deemed as written findings of Court.

  X   Judgment shall be entered (See Judgment & Commitment.)

  X   Defendant remanded to custody of United States Marshal pending designation by Bureau of Prisons.

Copies:  COR, USP, USM
Initials of Deputy Clerk:  TDA
TIC:    1/27