AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

UNITED STATES OF AMERICA

V.

CHRISTOPHER SPRINGFIELD

**EXHIBIT AND WITNESS LIST**

Case Number: 7:24-CR-14-DCR-1

| PRESIDING JUDGE<br>Danny C. Reeves | PLAINTIFF'S ATTORNEY<br>Andrew Trimble | DEFENDANT'S ATTORNEY<br>Richard Hughes |
|---|---|---|
| TRIAL DATE (S)<br>2/26/2025 Sentencing | COURT REPORTER<br>Elaine Haberer | COURTROOM DEPUTY<br>Tara Adkins |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 2/26/2025 | | | WITNESS: FBI Task Force Officer, Zachary Bryson |
| | W1 | 2/26/2025 | | | WITNESS: Tiara Wilder |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages