UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CASE NUMBER 7:24-CR-14-1-DCR-EBA

UNITED STATES OF AMERICA,                                          PLAINTIFF,

VS.

CHRISTOPHER SPRINGFIELD,                                           DEFENDANT.

## NOTICE OF APPEAL

All parties please take notice the Defendant Christopher Springfield hereby files his notice of appeal regarding the above styled matter, specifically the judgment of February 27, 2025 as entered by the United States District Court Clerk.

The Defendant hereby designates the entire record in the above styled matter for the purposes of appeal, and requests that he be temporarily appointed legal counsel regarding this appellate action, as the Defendant has requested this counsel withdraw for the furtherance of the appeal.

The Defendant is Christopher Springfield, previously represented by the Hon. Richard A. Hughes, Attorney at Law, P. O. Box 1139, Ashland, Kentucky 41105-1139, (606) 325-3399.

The Plaintiff is the United States of America, represented by the Hon. Andrew Trimble, 260 W. Vine Street, Ste. 300, Lexington, Ky. 40507, (859)-233-2661.

RESPECTFULLY SUBMITTED,

/s/ HON. RICHARD A. HUGHES

HON. RICHARD A. HUGHES
ATTORNEY AT LAW
P. O. BOX 1139
ASHLAND, KENTUCKY 41101
(606) 325-3399

## CERTIFICATION

The above styled notice of appeal was mailed, postage prepaid, or hand delivered, and served on all opposing counsel and parties at their last known address:

Hon. Andrew Trimble
260 W. Vine Street
Ste. 300
Lexington, Ky. 40507

Hon. David Bunning
1405 Greenup Avenue
Ashland, Ky. 41101

This the 7th day of March, 2025.

/s/ HON. RICHARD A. HUGHES
HON. RICHARD A. HUGHES

## CERTIFICATION

The above styled motion was mailed, postage prepaid, or hand delivered to the following:

Hon. Andrew Trimble
260 W. Vine Street
Ste. 300
Lexington, Ky. 40507

Hon. David Bunning
1405 Greenup Avenue
Ashland, Ky. 41101

Hon. Richard A. Hughes
P. O. Box 1139
Ashland, Ky. 41105

This the ___ day of March, 2025.

UNITED STATES FEDERAL CLERK

BY: _____ D.C.