UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal Action No. 7: 24-014-DCR |
| V. | ) | |
| CHRISTOPHER SPRINGFIELD, | ) | **ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On May 28, 2025, the Court granted a request by appellate counsel representing Defendant Christopher Springfield to access the sealed transcript filed at Record No. 54. [*See* Order filed at Record No. 59.] Now, Defendant Springfield has filed a *pro se* motion requesting access to the same transcript. [Record No. 63]

Because the transcript in issue has been provided to appellate counsel, it is hereby **ORDERED** that the defendant's *pro se* motion [Record No. 63] is **DENIED**.

Dated: December 5, 2025.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky