UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>v.<br><br>CHRISTOPHER SPRINGFIELD,<br><br>Defendant/Movant. | ) | No. 7:24-CR-14-REW-HAI<br><br>ORDER |

*** *** *** ***

The government has responded to federal prisoner Christopher Springfield's *pro se* motion seeking relief under 28 U.S.C. § 2255. D.E. 73. **IT IS HEREBY ORDERED THAT** any reply by Springfield **SHALL** be filed by **July 24, 2026**.

This the 23rd day of June, 2026.

**Signed By:**
***Hanly A. Ingram***
**United States Magistrate Judge**