UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>v.<br><br>CHRISTOPHER SPRINGFIELD,<br><br>Defendant/Movant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 7:24-CR-14-REW-HAI<br><br>ORDER |

*** *** *** ***

Federal prisoner Christopher Springfield has filed a *pro se* motion for an extension of time to file a reply on his 28 U.S.C. § 2255 petition. D.E. 75. **IT IS HEREBY ORDERED THAT** the motion (D.E. 75) is **GRANTED**. Any reply by Springfield **SHALL** be filed by **September 24, 2026**.

This the 29th day of July, 2026.

**Signed By:**
***Hanly A. Ingram***
**United States Magistrate Judge**